PASQUALE PICCININNI, Appellant, v. ÆTNA LIFE INSURANCE COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Davis, Johnston, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. TIMOTHY DALY, Appellant, v. JOHN J. MCELLIGOTT, as Commissioner of the Fire Department of the City of New York, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied. Present — Hagarty, Davis, Johnston, Adel and Close, JJ.

GEORGE B. REYNOLDS, Respondent, v. JAMES S. GRAHAM, as Receiver of No. 284 Fulton Street, Brooklyn, New York, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. [See 250 App. Div. 787.] Present — Hagarty, Davis, Johnston, Adel and Close, JJ.

RAYMOND SCHARDING and Others, Respondents, v. SHERMAN & SHEPPARD, INC., and Others, Appellants.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied. Present — Hagarty, Davis, Johnston, Adel and Close, JJ.

SOUTH SHORE THRIFT CORPORATION, Appellant, v. NATIONAL BANK OF FAR ROCKAWAY, Respondent.— Motion by respondent for reargument denied, without costs. Motion to award costs and disbursements to respondent denied. Present — Hagarty, Davis, Johnston, Adel and Close, JJ.

DIEGO TEJADO, Respondent, v. DANIELS & KENNEDY, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied. Present — Hagarty, Davis, Johnston, Adel and Close, JJ.

VANTON CORPORATION, Respondent, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Davis, Johnston, Adel and Close, JJ.

EMMA L. VERRAN and SAMUEL DAVIS, Respondents, v. THE SEA GATE ASSOCIATION, Appellant.— Motion to resettle order granted. Present — Hagarty, Davis, Johnston, Adel and Close, JJ.

KATHERINE SCHMITZ BITTNER and AUGUST E. BITTNER, Appellants, v. EUGENE HOLTERBACH and ANNIE HOLTERBACH, Respondents.— Action for ejectment and damages. Judgment dismissing the complaint unanimously affirmed, with costs. No opinion. Present — Hagarty, Davis, Adel and Close, JJ.; Lazansky, P. J., not voting.